PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

**Offender Name:**            Arturo Gary MILLER

**Docket Number:**           2:00CR00179-01

**Offender Address:**        Stockton, California

**Judicial Officer:**            Honorable William B. Shubb
                                       United States District Judge
                                       Sacramento, California

**Original Sentence Date:**  12/13/2000

**Original Offense:**          18 U.S.C. 922(g)(1) - Felon in Possession of a Firearm
                                       (CLASS C FELONY)

**Original Sentence:**         70 months custody of the Bureau of Prisons;
                                       36 months supervised release; $100 special
                                       assessment

**Special Conditions:**        Warrantless search; Financial disclosure; Drug/alcohol
                                       treatment, testing and co-payment; Cell phone/pager
                                       restriction; Abstain from alcohol use

**Type of Supervision:**       Supervised Release

**Supervision Commenced:**  06/07/2005

**Assistant U.S. Attorney:**  James Arguelles        **Telephone:** (916) 554-2700

**Defense Attorney:**          Matthew Bockmon      **Telephone:** (916) 498-5700

**Other Court Action:**        None

**RE:   Arturo Gary MILLER**
      **Docket Number:   2:00CR00179-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.   The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.      ILLICIT DRUG USE - MORPHINE - 12/06/2005**

**2.      ALCOHOL USE - 12/03/2005**

**Details of alleged non-compliance:**   Drug test results from December 3, 2005, and December 6, 2005, returned positive for Ethanol and Morphine, respectively.   When interviewed, Mr. Miller admitted to occasional alcoholic beverage consumption since his release, but he denied illicit drug or prescription drug use.

**United States Probation Officer Plan/Justification:**   After receipt of the above test results, Mr. Miller's drug testing was increased to six random tests per month.   No additional positive tests have been submitted.   He was continued in individual substance abuse counseling, where he attends one-hour sessions twice monthly (he has done very well in counseling).   The probation officer will monitor the releasee's alcohol consumption closely.  Mr. Miller has agreed not to consume alcoholic beverages for the remainder of his term of supervision.  Mr. Miller has been in compliance with his other conditions and has done very well on supervised release.

Rev. 04/2005
PROB12A1.MRG

RE:   **Arturo Gary MILLER**
      **Docket Number:   2:00CR00179-01**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

It is respectfully recommended the Court take no formal action in the case at this time. Mr. Miller is aware additional violations of this nature would likely result in his case being returned to Court for formal violation proceedings.

Respectfully submitted,

/s/ Richard W. Elkins

**RICHARD W. ELKINS**
**United States Probation Officer**
Telephone:  (916) 683-3324

**DATED:**       January 23, 2006
             Elk Grove, California
             RWE:kms

**REVIEWED BY:**       /s/ Deborah A. Spencer
_____
                 **DEBORAH A. SPENCER**
_____**Supervising United States Probation Officer**

Rev. 04/2005
PROB12A1.MRG

RE:   **Arturo Gary MILLER**
   **Docket Number:   2:00CR00179-01**
   **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( x )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be
   Taken At This Time.

Date:  January 27, 2006

_WILLIAM B. SHUBB_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
   James Arguelles, Assistant United States Attorney
   Matthew Bockmon, Assistant Federal Defender

Attachment:  Presentence Report

Rev. 04/2005
PROB12A1.MRG